# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| STIVEN ESTEBAN MORILLO, §<br>§<br>*Petitioner*, §<br>§<br>v. §<br>§<br>MARY DE ANDA-YBARRA, FIELD §<br>OFFICE DIRECTOR OF §<br>ENFORCEMENT AND REMOVAL §<br>OPERATIONS EL PASO FIELD §<br>OFFICE, LMMIGRATION AND §<br>CUSTOMS ENFORCEMENT; DAVID §<br>J. VENTURELLA, IN HIS OFFICIAL §<br>CAPACITY AS ACTING DIRECTOR, §<br>IMMIGRATION AND CUSTOMS §<br>ENFORCEMENT, U.S DEPARTMENT §<br>OF HOMELAND SECURITY; MARK §<br>WAYNE MULLIN, IN HIS OFFICIAL §<br>CAPACITY AS SECRETARY, U.S §<br>DEPARTMENT OF HOMELAND §<br>SECURITY; AND TODD BLANCHE, §<br>IN HIS OFFICIAL AS ACTING §<br>ATTORNEY GENERAL OF THE §<br>UNITED STATES, §<br>§<br>*Respondents*. § | No.  3:26-CV-01816-LS |

## ORDER DISMISSING CASE

Petitioner Stiven Esteban Morillo filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1] The removal order in Petitioner's case became final on July 14, 2026.[2]

---

[1] ECF No. 2.

[2] ECF No. 7-1.

The removal period is ninety days from the date the order of removal becomes administratively final.[3] During the removal period, "the Attorney General shall detain the alien."[4] Petitioner has only been held in custody for thirty-one days after his removal order became final. Because Petitioner is still within the ninety-day removal period, his habeas petition is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. The Clerk shall close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] 8 U.S.C. § 1231(a)(1).
[4] *Id.* § 1231(a)(2)(A).